IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KARONDA SMITH                                                                                       PLAINTIFF

v.                                      No. 5: 11CV00160 JLH-JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying Karonda Smith's applications for disability income benefits and supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This action is dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE